TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Israel Ponce Orozco,<br><br>Petitioner<br><br>v.<br><br>John Mattos, *et al.*<br><br>Respondents | Case No. 2:26-cv-02324-CDS-MDC<br><br>**Order Approving Joint Stipulation to Extend Time for Federal Respondents to File Their Response to Petitioner's Amended Petition (ECF No 9)**<br><br>[ECF No. 11] |

Federal Respondents and Petitioner Israel Ponce Orozco, by and through their undersigned counsel, hereby submit this Stipulation for a three-day extension of time, up to and including **September 25, 2026**, for Federal Respondents to file their Response to Petitioner's Amended Petition (ECF No. 9). This extension is requested because undersigned AUSA needs additional time to review the allegations in the Amended Petition and finalize a response. Without such additional time, a proper response to the Amended Petition cannot be filed.

Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension. The extension request is filed in good faith and not for purposes of undue delay and there is good cause to granting the extension.

Accordingly, the parties respectfully request that the Court approve for good cause this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's Amended Petition (ECF No. 9) from September 22, 2026, to **September 25, 2026**.

Respectfully submitted this 22nd day of September 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy Baron*
JEREMY BARON
Assistant Federal Public Defender
*Attorneys for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

______________________________
**U.S. District Judge**

**Dated:** September 23, 2026