Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jeremy C. Baron
Assistant Federal Public Defender
District of Columbia Bar No. 1021801
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
jeremy_baron@fd.org

*Attorney for Petitioner Israel Ponce Orozco

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Israel Ponce Orozco,

Petitioner

v.

John Mattos, et al.,

Respondents

Case No. 2:26-cv-02324-CDS-MDC

**Order Granting Petitioner's Motion for Extension of Time to File Reply to Response to Order to Show Cause (First Request)**

[ECF No. 20]

Mr. Orozco previously filed a motion asking the Court to enforce its prior order, ECF No. 3 at 3, and order the government to show cause whether and why Mr. Orozco was moved from the district. ECF No. 14. The Court granted the motion and ordered the government to show cause. ECF No. 15. The government's response admits that it violated the Court's orders regarding transport and notice of removal but maintains the violations were inadvertent. ECF No. 18. The Court then ordered Mr. Orozco to file a reply and indicate whether the case should remain open. ECF No. 19. The reply is currently due November 12.

Counsel respectfully requests a twenty-one (21) day extension, to and including December 3, 2026, to file the reply. Counsel would prefer to speak to Mr. Orozco personally before filing the reply but doesn't currently have contact information for Mr. Orozco. Thus, the requested extension is reasonably necessary to allow counsel sufficient time to arrange a conversation with Mr. Orozco. In addition, counsel will be out of the office with limited cell phone reception starting November 9, 2026, and returning November 17. Counsel therefore respectfully suggests the requested extension is appropriate. Counsel emailed government counsel on November 5 about whether the government has a position on this request; as of filing time, government counsel hasn't responded.

## CONCLUSION

The Court should grant the extension request.

Dated November 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jeremy C. Baron*
Jeremy C. Baron
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: November 9, 2026